# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARY ANN JAGGER ) | |
| ) | |
| ) | **APPEARANCE** |
| Plaintiffs ) | |
| ) | |
| v. ) | |
| ) | |
| MOHAWK MOUNTAIN SKI AREA, INC. ) | **CASE NUMBER**: 3:01CV2163(RNC) |
| AND JAMES COURTOT | |
| COMPANY ) | |
| ) | |
| Defendant. ) | |

**To the Clerk of this court and all parties of record:**

**Enter my appearance as counsel in this case for:  MARY ANN JAGGER**

PLAINTIFF:

| | |
|---|---|
| 9/23/04 | |
| **Date** | **Signature** |
| | |
| ct05300 | Jack D. Miller |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| | Regnier, Taylor, Curran & Eddy |
| (860) 249-9121 | CityPlace, 28th Floor, Hartford, CT  06103 |
| **Telephone Number** | **Address** |

## CERTIFICATE OF SERVICE

**This is to certify that the foregoing Appearance was mailed on this 23rd day of September 2004 date to the following:**

Philip T. Newbury, Jr., Esq.
Howard & Ludorf
65 Wethersfield Avenue
Hartford, CT 06103

**Signature**

**(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)**
Appearance.frm.feb.96

PDF created with pdfFactory trial version www.pdffactory.com