# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARY ANN JAGGER | ) | |
| | ) | |
| | ) | **APPEARANCE** |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MOHAWK MOUNTAIN SKI AREA, INC. | ) | **CASE NUMBER**: 3:01CV2163(RNC) |
| AND JAMES COURTOT | | |
| COMPANY | ) | |
| | ) | |
| Defendant. | ) | |

**To the Clerk of this court and all parties of record:**

**Enter my appearance as counsel in this case for: MARY ANN JAGGER**

PLAINTIFF:

9/27/04
**Date**                                                                 **Signature**

ct19545                                                                  Marie C. Roccapriore
**Connecticut Federal Bar Number**               **Print Clearly or Type Name**

                                                                         Regnier, Taylor, Curran & Eddy
(860) 249-9121                                                           CityPlace, 28th Floor, Hartford, CT  06103
**Telephone Number**                                     **Address**

## CERTIFICATE OF SERVICE

**This is to certify that the foregoing Appearance was mailed on this 27th day of September 2004 date to the following:**

Philip T. Newbury, Jr., Esq.
Howard & Ludorf
65 Wethersfield Avenue
Hartford, CT 06103

**Signature**

**(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)**
Appearance.frm.feb.96

PDF created with pdfFactory trial version www.pdffactory.com