UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARY ANN JAGGER | : | NO.: 3:01CV2163 (RNC) |
| | : | |
| v. | : | |
| | : | |
| MOHAWK MOUNTAIN SKI AREA, INC. | : | |
| AND JAMES COURTOT | : | SEPTEMBER 28, 2004 |

## ANSWER AND AFFIRMATIVE DEFENSES

**Jurisdiction:**

    1.    As to paragraph 1, the defendants do not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leave the plaintiff to her burden of proof.

    2.    Paragraph 2 is admitted.

    3.    Paragraph 3 is denied.

    4.    As to paragraph 4, the defendants do not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leave the plaintiff to her burden of proof.

    5.    The defendants do not answer paragraph 5 as it states a legal conclusion.

    6.    The defendants do not answer paragraph 6 as it states a legal conclusion.

**FIRST COUNT:**

1. Paragraph 1 is admitted.

2. Paragraph 2 is denied.

3. Paragraph 3 is denied.

4. That portion of paragraph 4 that alleges that Mr. Courtot "was participating in a ski instructor's pre-season clinic" is admitted. The remainder of paragraph 4 is denied.

5. Paragraph 5 is denied.

6. Paragraph 6 is denied.

7. Paragraph 7 is denied.

8. Paragraph 8 is denied.

9. Paragraph 9 is denied.

**SECOND COUNT:**

1.-4. The answers to paragraphs 1 through 4 of the First Count are hereby incorporated and made the answers to paragraphs 1 through 4 of the Second Count as if fully set forth herein.

5. Paragraph 5 is denied.

6. Paragraph 6 is denied.

7. Paragraph 7 is denied.

8. Paragraph 8 is denied.

9. Paragraph 9 is denied.

## BY WAY OF AFFIRMATIVE DEFENSES

**First Affirmative Defense:**

The plaintiff assumed the risk of her injuries in accordance with Conn. Gen. Stat. § 29-212.

**Second Affirmative Defense:**

By purchasing a Mohawk Mountain lift ticket, the plaintiff expressly assumed the risk and legal responsibility for any injury arising out of the hazards inherent in the sport of skiing, and agreed not to sue Mohawk Mountain if injured while skiing.

**Third Affirmative Defense:**

If the plaintiff sustained the injuries, losses and damages alleged, they were caused by her own negligence and carelessness in one or more of the following ways:

    a.    She did not know the range of her own ability to negotiate the trail or slope upon which she was skiing in violation of Conn. Gen. Stat. § 29-214(1);

    b.    She did not ski within the limits of her own ability in violation of Conn. Gen. Stat. § 29-214(2);

    c.    She did not maintain reasonable control of her speed and course at all times while skiing in violation of Conn. Gen. Stat. § 29-214(3);

    d.    She did not heed all posted warnings in violation of Conn. Gen. Stat. § 29-214(4);

    e.    She failed to comply with the Skier's Responsibility Code;

      f.      She failed to keep a proper lookout for other skiers on the trail;

      g.      She failed to keep herself under reasonable and proper control;

      h.      She failed to maintain her skis and bindings in proper and safe operating condition;

      i.      She used ski equipment that was inappropriate to her level of ability;

      j.      She was otherwise negligent or careless under the circumstances then and there existing.

DEFENDANTS,
MOHAWK MOUNTAIN SKI AREA, INC.
AND JAMES COURTOT

By_____
  Philip T. Newbury, Jr.
  Howd & Ludorf
  65 Wethersfield Avenue
  Hartford, CT  06114
  (860) 249-1361
  (860) 249-7665 (FAX)
  ct05283

**CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 28th day of September, 2004.

Jack D. Miller, Esquire
Andrew W. Bray, Esquire
Regnier, Taylor, Curran & Eddy
CityPlace I, 28 Floor
Hartford, CT  06103


                                                _____
Philip T. Newbury, Jr.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114
(860) 249-1361
(860) 249-7665 (FAX)
ct05283