*UNITED STATES DISTRICT COURT*
*DISTRICT OF CONNECTICUT*

| | |
|---|---|
| MARY ANN JAGGER : | CIVIL ACTION |
| : | NO. 3:01CV2163 (RNC) |
| : | |
| VS. : | |
| : | |
| : | |
| MOHAWK MOUNTAIN SKI AREA, INC. : | |
| AND JAMES COURTOT : | JANUARY 20, 2005 |

## MOTION FOR ENLARGMENT OF TIME

T he plaintiff, Mary Ann Jagger, hereby respectfully moves for an enlargement of thirty (30) days within which to answer or object to the defendants' interrogatories and requests for production dated December 16, 2004.

Plaintiff's counsel has conferred with counsel for the defendant, and there is no objection to a thirty (30) day extension.

Wherefore, the plaintiff asks this Court for an enlargement of time of thirty (30) days to February 16, 2005.

        THE PLAINTIFF:

By   _____
     Marie C. Roccapriore
     Regnier, Taylor, Curran & Eddy
     Cityplace, 28th Floor
     185 Asylum Street
     Hartford, CT  06103
     (860) 249-9121
     (860) 527-4343 (FAX)
     ct19545

PDF created with pdfFactory trial version www.pdffactory.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 20th day of JANUARY, 2005:

Philip T. Newbury, Jr., Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

                                        _____
                                        **Marie C. Roccapriore**

PDF created with pdfFactory trial version www.pdffactory.com