UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARY ANN JAGGER | CIVIL ACTION<br>NO. 3:01CV2163 (RNC) |
| VS. | |
| MOHAWK MOUNTAIN SKI AREA, INC.<br>AND JAMES COURTOT | JANUARY 20, 2005 |

## MOTION FOR ENLARGMENT OF TIME

T he plaintiff, Mary Ann Jagger, hereby respectfully moves for an enlargement of thirty (30) days within which to answer or object to the defendants' interrogatories and requests for production dated December 16, 2004.

Plaintiff's counsel has conferred with counsel for the defendant, and there is no objection to a thirty (30) day extension.

Wherefore, the plaintiff asks this Court for an enlargement of time of thirty (30) days to February 16, 2005.

---

January 24, 2005.    Jagger v. Mohawk Mountain Ski Area, Inc., et al.
                     3:01CV02163 (RNC)

Re: Plaintiff's Motion for Enlargement of Time (Doc. # 25)
Granted. So ordered.

Robert N. Chatigny, U.S.D.J.

REGNIER, TAYLOR, CURRAN & EDDY • ATTORNEYS AT LAW • CITYPLACE • HARTFORD, CONNECTICUT 06103-3402 • (860) 249-9121