UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARY ANN JAGGER (RNC) | NO.: 3:01CV2163(RNC) |
| v. | |
| MOHAWK MOUNTAIN SKI AREA, INC. AND JAMES COURTOT | |

**JOINT MOTION TO APPROVE STIPULATION RE SUBSTITUTION OF MOHAWK MOUNTAIN SKI SCHOOL, LLC, AS DEFENDANT**

The parties hereby respectfully request the Court to approve the stipulation that Mohawk Mountain Ski School, LLC, may be substituted as defendant in lieu of Mohawk Mountain Ski Area, Inc., and that the claims against Mohawk Mountain Ski Area, Inc., are hereby dismissed.

| | |
|---|---|
| PLAINTIFF MARY ANN JAGGER AREA, INC. | DEFENDANTS, MOHAWK MOUNTAIN SKI AND JAMES COURTOT |
| By /s/ Jack D. Miller Regnier, Taylor, Curran & Eddy CityPlace I, 28th Floor Hartford, CT  06103 (860) 249-9121 (860) 527-4343 (FAX) ct05300 | By /s/ Philip T. Newbury, Jr. Howd & Ludorf, LLC 65 Wethersfield Avenue Hartford, CT  06114-1190 (860) 249-1361 (860) 249-7665 (FAX) ct05283 |

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARY ANN JAGGER (RNC) | NO.: 3:01CV2163 |
| v. | |
| MOHAWK MOUNTAIN SKI AREA, INC. AND JAMES COURTOT | |

### STIPULATION RE SUBSTITUTION OF MOHAWK MOUNTAIN SKI SCHOOL, LLC, AS DEFENDANT

The parties hereby stipulate that Mohawk Mountain Ski School, LLC, may be substituted as defendant in lieu of Mohawk Mountain Ski Area, Inc., and the claims against Mohawk Mountain Ski Area, Inc., are hereby dismissed.

PLAINTIFF
MARY ANN JAGGER
AREA, INC.

By /s/ Jack D. Miller
Jack D. Miller
Regnier, Taylor, Curran & Eddy
CityPlace I, 28th Floor
Hartford, CT 06103
(860) 249-9121
(860) 527-4343 (FAX)
ct05300

DEFENDANTS,
MOHAWK MOUNTAIN SKI

AND JAMES COURTOT

By /s/ Philip T. Newbury
Philip T. Newbury, Jr.
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114-1190
(860) 249-1361
(860) 249-7665 (FAX)
ct05283