UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MARY ANN JAGGER (RNC)             :    NO.: 3:01CV2163 (RNC)

v.

MOHAWK MOUNTAIN SKI AREA, INC. AND JAMES COURTOT

## JOINT MOTION TO APPROVE STIPULATION RE SUBSTITUTION OF MOHAWK MOUNTAIN SKI SCHOOL, LLC, AS DEFENDANT

The parties hereby respectfully request the Court to approve the stipulation that Mohawk Mountain Ski School, LLC, may be substituted as defendant in lieu of Mohawk Mountain Ski Area, Inc., and that the claims against Mohawk Mountain Ski Area, Inc., are hereby dismissed.

| PLAINTIFF<br>MARY ANN JAGGER<br>AREA, INC. | DEFENDANTS,<br>MOHAWK MOUNTAIN SKI<br>AND JAMES COURTOT |
|---|---|
| By _____<br>Jack D. Miller<br>Regnier, Taylor, Curran & Eddy<br>CityPlace I, 28th Floor<br>Hartford, CT 06103<br>(860) 249-9121<br>(860) 527-4343 (FAX)<br>ct05300 | By _____<br>Philip T. Newbury, Jr.<br>Howd & Ludorf, LLC<br>65 Wethersfield Avenue<br>Hartford, CT 06114-1190<br>(860) 249-1361<br>(860) 249-7665 (FAX)<br>ct05283 |