UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARY ANN JAGGER | : | NO.: 3:01CV2163 (RNC) |
| v. | : | |
| MOHAWK MOUNTAIN SKI AREA, INC. AND JAMES COURTOT | : | AUGUST 30, 2005 |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

The parties hereby respectfully request the Court to modify the scheduling order in accordance with the attached supplemental Rule 26(f) report. The reasons for this joint request are that a number of depositions have not been completed owing to vacation schedules of the witnesses and counsel. Additionally, the plaintiff is still treating, and has not yet received a permanency rating from her treating doctor, Evan Rashkoff, M.D. Therefore, the plaintiff has been unable to prepare a final damages analysis. Once the plaintiff has completed treatment and all records have been produced, the defendant intends to retain the services of a medical expert. The parties submit that this request is for good cause and is not interposed merely to delay the trial.

Wherefore, the parties respectfully request that the motion to modify the scheduling order be approved.

| PLAINTIFF<br>MARY ANN JAGGER | DEFENDANTS,<br>MOHAWK MOUNTAIN SKI SCHOOL, LLC<br>AND JAMES COURTOT |
|---|---|
| By /s/ Jack D. Miller<br>　Jack D. Miller<br>　ct05300<br>　Regnier, Taylor, Curran & Eddy<br>　CityPlace I, 28th Floor<br>　Hartford, CT  06103<br>　(860) 249-9121<br>　(860) 527-4343 (FAX)<br>　jmiller@rtcelaw.com | By　/s/ Philip T. Newbury, Jr.<br>　Philip T. Newbury, Jr.<br>　ct05283<br>　Howd & Ludorf, LLC<br>　65 Wethersfield Avenue<br>　Hartford, CT  06114-1190<br>　(860) 249-1361<br>　(860) 249-7665 (FAX)<br>　pnewbury@hl-law.com |