FILED

2005 AUG 30 P 4: 31

DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MARY ANN JAGGER : NO.: 3:01CV2163 (RNC)

v. :

MOHAWK MOUNTAIN SKI AREA, INC. :
AND JAMES COURTOT : AUGUST 30, 2005

**JOINT MOTION TO MODIFY SCHEDULING ORDER**

The parties hereby respectfully request the Court to modify the scheduling order in accordance with the attached supplemental Rule 26(f) report. The reasons for this joint request are that a number of depositions have not been completed owing to vacation schedules of the witnesses and counsel. Additionally, the plaintiff is still treating, and has not yet received a permanency rating from her treating doctor, Evan Rashkoff, M.D. Therefore, the plaintiff has been unable to prepare a final damages analysis. Once the plaintiff has completed treatment and all records have been produced, the defendant intends to retain the services of a medical expert. The parties submit that this request is for good cause and is not interposed merely to delay the trial.

01CV2153 end30

*[Margin annotation, left side:]* Further extensions of these deadlines will not be granted. Granted. Robert N. Chatigny, U.S.D.J. September 6, 2005. So ordered.

*[Stamp:]* FILED 2005 SEP -6 P 3:5 DISTRICT COURT HARTFORD CT