UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARY ANN JAGGER,                          :
                                          :
        Plaintiff,                        :
                                          :        CASE NO. 3:01 CV 2163 (RNC)
V.                                        :
                                          :
MOHAWK MOUNTAIN SKI SCHOOL,               :
ET AL,                                    :
                                          :
        Defendants.                       :

REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

_____For all pretrial matters excluding trial, unless the parties consent to trial before the magistrate judge;

\_\_\_\_ To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b);

\_\_\_\_ To supervise discovery and resolve discovery disputes;

  X   To conduct a settlement conference;

\_\_\_\_ To conduct a status conference and enter a new scheduling order;

\_\_\_\_ To assist the parties in preparing a joint trial memorandum;

\_\_\_\_ A hearing on damages and attorney fees;

\_\_\_\_ A ruling on the following pending motions:

So ordered.

Dated at Hartford, Connecticut this \_\_\_\_ day of February 2006.


                                   _____/s/_____
                                   Robert N. Chatigny, U.S.D.J.