*UNITED STATES DISTRICT COURT*
*DISTRICT OF CONNECTICUT*

| | | |
|---|---|---|
| MARY ANN JAGGER | : | CIVIL ACTION |
| | : | NO. 3:01CV2163 (RNC) |
| VS. | : | |
| | : | |
| MOHAWK MOUNTAIN SKI SCHOOL, | : | |
| LLC, AND JAMES COURTOT | : | FEBRUARY 27, 2006 |

### JOINT MOTION TO MODIFY SCHEDULING ORDER

The parties hereby respectfully move to modify the Scheduling Order in accordance with the attached Rule 26(f) report. The reason for this joint request is that this case has been referred to Magistrate Judge Donna F. Martinez for a settlement conference. The parties jointly request an opportunity to engage in the settlement conference before undertaking the time and expense of preparing the Joint Trial Memorandum.

The parties request that the date to file the Joint Trial Memorandum be extended to two (2) weeks after the settlement conference.

Wherefore, the parties respectfully request that the motion to modify the scheduling order be approved.

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiff:
MARY ANN JAGGER


By_____
      Jack D. Miller
      Regnier, Taylor, Curran & Eddy
      Cityplace, 28th Floor
      185 Asylum Street
      Hartford, CT  06103
      (860) 249-9121
      (860) 527-4343 (FAX)
      ct05300
      jmiller@rtcelaw.com

Defendants:
MOHAWK MOUNTAIN SKI SCHOOL, LLC
AND JAMES COURTOT


By_____
      Philip T. Newbury, Jr.
      Howd & Ludorf, LLC
      65 Wethersfield Avenue
      Hartford, CT  06114-1190
      (860) 249-1361
      (860) 249-7665 (FAX)
      ct05283
      pnewbury@hl-law.com

PDF created with pdfFactory trial version www.pdffactory.com

## *UNITED STATES DISTRICT COURT*
### *DISTRICT OF CONNECTICUT*

| | | |
|---|---|---|
| MARY ANN JAGGER | : | CIVIL ACTION |
| | : | NO. 3:01CV2163 (RNC) |
| VS. | : | |
| | : | |
| MOHAWK MOUNTAIN SKI AREA, INC. AND JAMES COURTOT | : | FEBRUARY 27, 2006 |

### **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent to the following counsel of record this 27TH day of February 2006.

Plaintiff:

By_____     Date_____
      Jack D. Miller
      Regnier, Taylor, Curran & Eddy
      Cityplace, 28th Floor
      185 Asylum Street
      Hartford, CT  06103
      (860) 249-9121
      (860) 527-4343 (FAX)
      ct05300
      jmiller@rtcelaw.com

PDF created with pdfFactory trial version www.pdffactory.com

*UNITED STATES DISTRICT COURT*
*DISTRICT OF CONNECTICUT*

| | | |
|---|---|---|
| MARY ANN JAGGER | : | CIVIL ACTION |
| | : | NO. 3:01CV2163 (RNC) |
| VS. | : | |
| MOHAWK MOUNTAIN SKI SCHOOL, LLC, AND JAMES COURTOT | : | FEBRUARY 27, 2006 |

## THIRD SUPPLEMENTAL FORM 26(F) REPORT OF PARTIES' PLANNING MEETING

Pursuant to Fed. R. Civ. R. 16(B), 26(F) and D. Conn. L. Civ. R. 38, a conference was held on February 24, 2006. The participants were:

Jack D. Miller, for the plaintiff, Mary Ann Jagger

Phillip T. Newbury, Jr., for the defendants, Mohawk Mountain Ski Area, Inc. and James Courtot.

**I.    CERTIFICATION**

Undersigned counsel certify that, after consultation with their clients, they have discussed the nature and basis of the parties' claims and defenses and any possibilities for achieving a prompt settlement or other resolution of the case and, in consultation with their clients, have developed the following proposed case

PDF created with pdfFactory trial version www.pdffactory.com

management plan. Counsel further certify that they have forwarded a copy of this report to their clients.

## II.    JURISDICTION

Pursuant to 28 U.S.C. 1332 and 28 U.S.C. 1391. The plaintiff is a citizen of the State of New York. Defendant Mohawk Mountain Ski School, LLC, was a Connecticut Limited Liability Company, and the defendant James Courtot is a citizen of the State of Hawaii.

## III.    BRIEF DESCRIPTION OF CASE

A.    Claims of Plaintiff:

Plaintiff Mary Ann Jagger claims that on December 4, 1999 she was skiing down the Arrowhead Trail of the defendant Mohawk Mountain Ski Area. She claims that as she was skiing, the defendant James Courtot collided with her from behind her. The plaintiff claims that the collision was due to the negligence and carelessness of the defendant James Courtot and also the defendant Mohawk Mountain Ski School, LLC. The plaintiff claims that the defendant James Courtot was acting in the course and scope of his employment at the time of the collision and that he was an employee of the defendant Mohawk Mountain Ski School, LLC. As a result of the collision the plaintiff has sustained personal injuries, incurred medical expenses and may in the future incur further medical expenses for future surgical procedures.

PDF created with pdfFactory trial version www.pdffactory.com

B.  Defenses and Claims of Defendants:

The defendants, Mohawk Mountain Ski School, LLC, and James Courtot, owed no duty of care to the plaintiff because a collision with another skier is one of the inherent risks of the sport. In addition, the defendants deny that Mr. Courtot struck the plaintiff from behind. Finally, the defendants assert that the negligence and carelessness of the plaintiff was the cause of her injuries.

C.  Defenses and Claims of Third-Party Defendants:

Not applicable.

## IV.  STATEMENT OF UNDISPUTED FACTS

Counsel certify that they have made a good faith attempt to determine whether are any materials that are not in dispute. The parties state that the following material facts are undisputed:

1. The plaintiff is a citizen of the State of New York.

2. The defendant, Mohawk Mountain Ski School, LLC, was a Connecticut Limited Liability Company, and operated the Learning Center at Mohawk Mountain Ski Area in Cornwall, Connecticut.

3. The defendant, James Courtot, is a citizen of the State of Hawaii.

4. The plaintiff was skiing on the Arrowhead Trail on December 4, 1999.

5. Mr. Courtot was also skiing on the Arrowhead Trail on December 4, 1999.

3

6. The plaintiff has sustained physical injuries as a result of the incident described in the Complaint.

**V.    CASE MANAGEMENT PLAN**

A. Standing Order on Scheduling in Civil Cases:

The parties request modification of the deadlines in the Standing Order on Scheduling in Civil Cases.

B. Scheduling Conference with the Court:

The parties do not request a pretrial conference with the court before entry of a scheduling order pursuant to Fed. R. Civ. P. 16(b). If necessary, the parties prefer a conference by telephone.

C. Early Settlement Conference:

1. The case has been referred to Magistrate Judge Donna F. Martinez for a settlement conference. The conference has not yet been scheduled.

2. The parties do not request a referral for alternative dispute resolution pursuant to D. Conn. L. Civ. R. 36.

D. Joinder of Parties and Amendment of Pleadings

Completed.

E. Discovery:

Completed.

4

PDF created with pdfFactory trial version www.pdffactory.com

F.  Dispositive Motions:

Not applicable

G.  Joint Trial Memorandum:

The joint trial memorandum required by the Standing Order on trial memoranda in civil cases will be filed two weeks following the settlement conference before Magistrate Judge Martinez.

**VI.  TRIAL READINESS**

The case will be deemed ready for trial by _____.

As officers of the Court, undersigned counsel agree to cooperate with each other and the Court to promote the just, speedy and inexpensive determination of this action.

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiff:

By_____          Date_____
       Jack D. Miller
       Regnier, Taylor, Curran & Eddy
       Cityplace, 28th Floor
       185 Asylum Street
       Hartford, CT  06103
       (860) 249-9121
       (860) 527-4343 (FAX)
       ct05300
       jmiller@rtcelaw.com

Defendants:

By_____          Date_____
       Philip T. Newbury, Jr.
       Howd & Ludorf, LLC
       65 Wethersfield Avenue
       Hartford, CT  06114-1190
       (860) 249-1361
       (860) 249-7665 (FAX)
       ct05283
       pnewbury@hl-law.com

6

PDF created with pdfFactory trial version www.pdffactory.com

*UNITED STATES DISTRICT COURT*
*DISTRICT OF CONNECTICUT*

| | | |
|---|---|---|
| MARY ANN JAGGER | : | CIVIL ACTION |
| | : | NO. 3:01CV2163 (RNC) |
| VS. | : | |
| MOHAWK MOUNTAIN SKI AREA, INC. | : | |
| AND JAMES COURTOT | : | FEBRUARY 27, 2006 |

## CERTIFICATION

    This is to certify that a copy of the foregoing has been sent to the following counsel of record this 27TH day of February 2006.

Plaintiff:

By_____    Date_____
    Jack D. Miller
    Regnier, Taylor, Curran & Eddy
    Cityplace, 28th Floor
    185 Asylum Street
    Hartford, CT  06103
    (860) 249-9121
    (860) 527-4343 (FAX)
    ct05300
    jmiller@rtcelaw.com

PDF created with pdfFactory trial version www.pdffactory.com

2

PDF created with pdfFactory trial version www.pdffactory.com