February 28, 2006. Granted. The joint trial memorandum will be due two weeks after the settlement conference. The case will be placed on the jury selection calendar within 60 days after the filing of the joint trial memorandum. So ordered.

Robert N. Chatigny, U.S.D.J.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MARY ANN JAGGER | : | CIVIL ACTION |
| | : | NO. 3:01CV2163 (RNC) |
| VS. | : | |
| | : | |
| MOHAWK MOUNTAIN SKI SCHOOL, | : | |
| LLC AND JAMES COURTOT | : | FEBRUARY 27, 2006 |

### JOINT MOTION TO MODIFY SCHEDULING ORDER

The parties hereby respectfully move to modify the Scheduling Order in accordance with the attached Rule 26(f) report. The reason for this joint request is that this case has been referred to Magistrate Judge Donna F. Martinez for a settlement conference. The parties jointly request an opportunity to engage in the settlement conference before undertaking the time and expense of preparing the Joint Trial Memorandum.

The parties request that the date to file the Joint Trial Memorandum be extended to two (2) weeks after the settlement conference.

Wherefore, the parties respectfully request that the motion to modify the scheduling order be approved.