UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARY ANN JAGGER, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL NO. 3:01CV2163 (RNC) |
| MOHAWK MOUNTAIN SKI SCHOOL, ET AL., | : | |
| Defendants. | : | |

<u>ORDER</u>

The parties have reported that this action has been settled in full. Rather than continue to keep the case open on the docket, the Clerk is directed to administratively close the file without prejudice to reopening on or before August 24, 2006.

If the parties wish to file a stipulation of dismissal (for approval by the court or simply for inclusion in the court's file), they may do so on or before August 24, 2006.

The dates set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7(b).

So ordered.

Dated at Hartford, Connecticut this      day of July 2006.

/s/
Robert N. Chatigny, U.S.D.J.