## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARY ANN JAGGER | : | CIVIL ACTION |
| | : | NO. 3:01CV2163 (RNC) |
| VS. | : | |
| | : | |
| MOHAWK MOUNTAIN SKI AREA, INC. | : | |
| AND JAMES COURTOT | : | AUGUST 14, 2006 |

### STIPULATION FOR VOLUNTARY DISMISSAL

The parties hereto stipulate that the above captioned matter can be dismissed, with prejudice, without costs or interest accruing to any party.

Plaintiff:
MARY ANN JAGGER

By _____
Jack D. Miller
Regnier, Taylor, Curran & Eddy
Cityplace, 28th Floor
185 Asylum Street
Hartford, CT 06103
(860) 249-9121
(860) 527-4343 (FAX)
ct05300
jmiller@rtcelaw.com

Defendants:
MOHAWK MOUNTAIN SKI SCHOOL, LLC
AND JAMES COURTOT

By _____
Philip T. Newbury, Jr., Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114-1190
(860) 249-1361
(860) 249-7665 (FAX)
ct05283
pnewbury@hl-law.com